Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Select Portfolio Servicing, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET Z. BARSZCZEWSKA,<br><br>Plaintiff,<br><br>v.<br><br>JPM CHASE, PLUSFOUR, INC. SELECT PORTFOLIO SERVICING, INC., BANK OF AMERICA, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION, LLC,<br><br>Defendants. | CASE NO.   2:16-cv-00583-APG-CWH<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING, INC., TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>(Second Request) |

Plaintiff Margaret Z. Barszczewska ("Plaintiff"), and Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through their respective undersigned counsel, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. SPS shall have through and including **Monday, May 16, 2016** to file a response to Plaintiff's Complaint on file in this matter.

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may continue to discuss the informal resolution of the claims asserted in this case as against SPS.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *Jennifer Isso* | \s\ *Kent F. Larsen,* |
| David Krieger, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 3463 |
| Jennifer Isso, Esq. | 1935 Village Center Circle |
| Nevada Bar No. 13157 | Las Vegas, Nevada 89134 |
| 8985 S. Eastern Avenue, Suite 350 | Ph: (702)252-5002 |
| Henderson, Nevada 89123 | Fax (702) 252-5006 |
| Ph: (702) 880-5554 | Email: kfl@slwlaw.com |
| Fax: (702) 385-5518 | Attorneys for Defendant |
| Email: dkrieger@hainesandkrieger.com | Select Portfolio Servicing, Inc. |
| Email: jisso@hainesandkrieger.com | |
| Attorneys for Plaintiff | Dated: April 28, 2016 |
| Julia A. Kelly | |

Dated: April 28, 2016

**IT IS SO ORDERED**.

DATED: April 29, 2016

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -