David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Margaret Z. Barszczewska*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Margaret Z. Barszczewska,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JPM CHASE, PLUSFOUR, INC. SELECT PORTFOLIO SERVICING, INC., BANK OF AMERICA, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, AND TRANS UNION, LLC,<br><br>　　　　　Defendants. | **Case No. 2:16-cv-00583-APG-CWH**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

　　Plaintiff Margaret Z. Barszczewska and EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     June 20, 2016

By:
/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:
/s/Bradley T. Austin, Esq.
Snell & Wilmer, LLP
*Attorney for Defendant Equifax*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __June 30, 2016_____