David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Margaret Z. Barszczewska*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Margaret Z. Barszczewska,<br><br>    Plaintiff,<br><br>v.<br><br>JPM CHASE, PLUSFOUR, INC. SELECT PORTFOLIO SERVICING, INC., BANK OF AMERICA, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, AND TRANS UNION, LLC,<br><br>    Defendants. | Case No. 2:16-cv-00583-APG-CWH<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO PLUSFOUR, INC. ONLY** |

   Plaintiff Margaret Z. Barszczewska hereby moves that the above-entitled action shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41

…

…

…

(a)(2) as to, and **ONLY as to, PlusFour, Inc.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

     Dated:          June 29, 2016

| | |
|---|---|
| By: <br><br> /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | By: <br><br> /s/Raleigh Thompson, Esq. <br> Morris Law Group <br> *Attorney for Defendant Plusfour Inc.* |

## **ORDER**

IT IS SO ORDERED

_____

UNITED STATES DISTRICT JUDGE

DATED:    June 30, 2016 _____