1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, Margaret Z. Barszczewska*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Margaret Z. Barszczewska,

        Plaintiff,

v.

JPM CHASE, PLUSFOUR, INC. SELECT PORTFOLIO SERVICING, INC., BANK OF AMERICA, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, AND TRANS UNION, LLC,

        Defendants.

Case No. 2:16-cv-00583-APG-CWH

**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO TRANSUNION LLC ONLY**

**ORDER**

Plaintiff Margaret Z. Barszczewska hereby moves that the above-entitled

…

…

…

…

…

…

…

…

action shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41(a)(2) as to, and **ONLY as to, TransUnion LLC**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:     July 5, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Jason G. Revzin, Esq. |
| David H. Krieger, Esq. | Lewis, Brisbois, Bisgaard & Smith, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant Trans Union, LLC* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 5, 2016