Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Select Portfolio Servicing, Inc.

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MARGARET Z. BARSZCZEWSKA,<br><br>Plaintiff,<br><br>v.<br><br>JPM CHASE, PLUSFOUR, INC. SELECT PORTFOLIO SERVICING, INC., BANK OF AMERICA, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION, LLC,<br><br>Defendants. | CASE NO.   2:16-cv-00583-APG-CWH<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST SELECT PORTFOLIO SERVICING, INC., WITH PREJUDICE** |

Plaintiff Margaret Z. Barszczewska ("Plaintiff"), and Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. All claims asserted (or which could have been asserted) by Plaintiff in the above-captioned action as against SPS only shall be dismissed, with prejudice; and,

/ / /

/ / /

/ / /

/ / /

/ / /

2.     Plaintiff and SPS shall each bear their own attorneys' fees and costs in connection with the above-captioned action.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *David Krieger* <br> David Krieger, Esq. <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br> Ph: (702) 880-5554 <br> Fax: (702) 385-5518 <br> Email: dkrieger@hainesandkrieger.com <br> Attorneys for Plaintiff <br> Margaret Z. Barszczewska | \s\ *Kent F. Larsen,* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Ph: (702)252-5002 <br> Fax (702) 252-5006 <br> Email: kfl@slwlaw.com <br> Attorneys for Defendant <br> Select Portfolio Servicing, Inc. |
| Dated: July 18, 2016 | Dated: July 18, 2016 |

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 19, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE