1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, Margaret Z. Barszczewska*

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEVADA**

9
10  Margaret Z. Barszczewska,            ) Case No. 2:16-cv-00583-MMD-CWH
                                         )
11                  Plaintiff,           )
                                         )
12   v.                                  )
                                         ) **STIPULATION AND ORDER
13   JPM CHASE, PLUSFOUR, INC.           ) DISMISSING ACTION WITH
     SELECT PORTFOLIO SERVICING,         ) PREJUDICE AS TO BANK OF
14   INC., BANK OF AMERICA,              ) AMERICA, NA ONLY**
     NATIONAL ASSOCIATION,               )
15   EQUIFAX INFORMATION                 )
     SERVICES, LLC, EXPERIAN             )
16   INFORMATION SOLUTIONS, INC,         )
17   AND TRANS UNION, LLC                )
                                         )
18                  Defendants.          )

19
20        Plaintiff Margaret Z. Barszczewska and Bank of America, NA hereby
21  stipulate and agree that the above-entitled action shall be dismissed with prejudice
22  …
23  …
24  …
25  …

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, NA**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     August 22, 2016

By:
/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:
/s/ Rex D. Garner, Esq.
Rex D. Garner, Esq.
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144

*Attorney for Defendant Bank of America, NA*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 23, 2016