1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, Margaret Z. Barszczewska*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Margaret Z. Barszczewska, | Case No. 2:16-cv-00583-MMD-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO JPM CHASE ONLY** |
| JPM CHASE, PLUSFOUR, INC. SELECT PORTFOLIO SERVICING, INC., BANK OF AMERICA, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, AND TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff Margaret Z. Barszczewska and JPMorgan Chase Bank, N.A. (improperly named in Complaint as "JPM CHASE") ("JPMorgan") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, JPMorgan**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     October 19, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Lindsay Demaree, Esq.<br>Lindsay Demaree, Esq.<br>Ballard Spahr LLP<br>100 North City Parkway<br>Suite 1750<br>Las Vegas, NV 89106-4617<br>*Attorney for Defendant JPMorgan Chase Bank, N.A. (improperly named in the Complaint as "JPM Chase")* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __October 19, 2016__